IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEIKO BUCHANAN, ) | **Case No. 14 CV 05884** |
| ) | |
| Plaintiff, ) | JUDGE SHARON JOHNSON |
| ) | COLEMAN |
| vs. ) | |
| ) | Magistrate Judge Sheila M. Finnegan |
| CHICAGO POLICE OFFICER PHARRO, and ) | |
| CHICAGO POLICE OFFICER NUSH, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Chicago Police Officer Chad Nush ("Officer Nush"), by and through one of his attorneys, Dortricia Penn, Assistant Corporation Counsel, and for his answer to Plaintiff's Amended Complaint, hereby state as follows:

1. I have recently been informed that a citizen has a right to seek the protection of the laws and of the government whenever he receives an injury. I have reason to believe that I am a victim of police brutality, excessive use of force, false arrest and false imprisonment (with regard to an aggravated battery to a peace officer), which I believe is a violation of one or more of my federally protected rights.

**ANSWER**: **Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph.**

2. This traumatic experience occurred against me by two Chicago police officers while on duty and performing within the scope of their official capacity but may as well been motivations of their individual capacities.

**ANSWER**: **Defendant admits that Officer Nush was acting within the scope of his official capacity. Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations contained in this paragraph.**

3. Plaintiff was pursued and caught by the two defendants' Chicago police officers following a short foot chase which ended inside of Plaintiffs' yard.

**ANSWER**: Defendant admits that Plaintiff was pursued on foot by Officer Nush. On information and belief, Defendant admits the remaining allegations contained in this paragraph.

4. Plaintiff believes that the defendants were not aware that this yard was that of Plaintiff's at the time when the beating ensued.

**ANSWER**: **Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph.**

5. The injuries that Plaintiff sustained were numerous and they resulted in ambulatory care, hospital emergency room treatment. There were pictures taken of the multiple injuries Plaintiff sustained.

**ANSWER**: **Defendant admits Plaintiff was transported to the hospital by ambulance. Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the Plaintiff's injuries or the remaining allegations contained in this paragraph..**

6. My mother witnessed this brutal beating and excessive use of force.

**ANSWER**: **Defendant denies beating the Plaintiff and the use of excessive force against the Plaintiff .**

7. My sister witnessed this brutal beating and excessive use of force.

**ANSWER**: **Defendant denies beating the Plaintiff and the use of excessive force against the Plaintiff .**

8. The officers caught me, Plaintiff, tazed me and of absolute certainty the electric shock knocked me down and rendered me physically incapacitated and immobile for a period.

**ANSWER**: **Defendant admits Plaintiff was caught and tazed . Defendant denies that Plaintiff was then rendered "physically incapacitated and immobile." Defendant denies the remaining allegations contained in this paragraph.**

9. Despite this physical incapacity and immobilization, the defendants proceeded to physically beating me.

**ANSWER**: **Defendant denies the allegations contained in this paragraph.**

10. While immobile, I recall receiving multiple rapid full force kicks to my face and throat. My lips split open and my teeth went through my lips.

**ANSWER**: **Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph.**

11. More of the multiple full force kicks to my face landed to my eye's temporarily blinding me instantly as well as splitting the skin surrounding my eye's causing bleeding and swelling and black eyes.

**ANSWER**: **Defendant denies kicking Plaintiff in the face**. **Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of Plaintiffs injuries or of the remaining allegations contained in this paragraph.**

12. My mother's voice could be heard, screaming and pleading for these officers to cease. They ordered her back into the house. I was faintly able to distinguish their brief interchange while fighting between consciousness and unconsciousness.

**ANSWER**: **Defendant denies ordering Plaintiff's mother back into the house. Defendant lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph.**

13. The beating ensued unrelenting. One of the defendants picked me up, snatching me up by my dreads which resulted in a fraction of my locks being snatched out. Another grip from the officer lifted me up from the ground and kneed me multiple times in the abdomen and groin areas and then slammed me back to the ground. Both defendants then proceeded to kick and stomp on me until I ultimately lost consciousness.

**ANSWER**: **Defendant admits that Plaintiff was lifted up in order to be handcuffed. Defendant denies snatching Plaintiff "up by his dreads," snatching Plaintiff's locks out, kneeing Plaintiff multiple times in the abdomen and groin areas, slamming Plaintiff to the ground, kicking and stomping Plaintiff until he lost consciousness and/or beating Plaintiff.**

14. After waking up to the sounds of both my mother's and sister's voices screaming, surprisingly the beating was still going on.

**ANSWER**: **Defendant denies the allegations contained in this paragraph.**

15. I was tazed more times and all of my faculties were in such a disarray, I ended up losing consciousness again. I did not wake up until I was in the ambulance. Then the hospital.

**ANSWER**: **Defendant admits that Plaintiff was tazed. Defendant lacks knowledge**

**sufficient to form a belief as to the truth or falsity of Plaintiffs injuries or of the remaining allegations contained in this paragraph.**

16. In the effort to attempt to justify their brutality and excessive use of force, I later learned that the defendants fabricated a report alleging "Aggravated Battery to a Peace Officer", which there was never any such occurrence on this date and at this time.

**ANSWER**: **Defendant admits that Plaintiff was charged with Aggravated Battery to an Officer. Defendant denies the remaining allegations contained in this paragraph.**

17. I, Plaintiff, Meiko Buchanan ran, was tazed, rendered immobile and then beaten relentlessly by the defendants. Rendered unconscious by the beating and only awoke to the screams of my mother and sister. I was tazed some more, beat some more, rendered unconscious again, then, woke up in an ambulance.

**ANSWER**: **Defendant admits that Plaintiff fled police, was captured and tazed in order to effectuate a valid arrest of Plaintiffs for crimes that he had committed. Defendant denies the remaining allegations contained in this paragraph.**

18. I pray that this Honorable Court would hear the facts involved in this case and hear from witnesses and return a verdict in favor of the Plaintiff and against the Defendants for Police Brutality, Excessive Use of Force, and further, find that the defendants are guilty of Official Misconduct by the Misuse of Process for Fabricating a Chicago police report and resulted in a False Arrest and False Imprisonment for the charge of Aggravated Battery to a Peace Officer. Thank you very much.

**ANSWER**: **N/A**

WHEREFORE, Defendant respectfully requests that this Court enter judgment in its favor against Plaintiff, including for costs for defending this suit and enter any other relief that this court deems just and proper.

Respectfully submitted,

By: */s/ Dortricia Penn*
Dortricia Penn
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0234
(312) 744-6566 (FAX)
ATTY. NO. 6275679

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MEIKO BUCHANAN, | ) | |
| | ) | Case No. 14 CV 05884 |
| | ) | |
| Plaintiff, | ) | JUDGE SHARON JOHNSON |
| | ) | COLEMAN |
| vs. | ) | |
| | ) | Magistrate Judge Sheila M. Finnegan |
| CHICAGO POLICE OFFICER PHARRO, and | ) | |
| CHICAGO POLICE OFFICER NUSH, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Meiko Buchanan
 Y-17412
 Menard-MND
 P.O. Box 1000
 Menard, IL 62259

**PLEASE TAKE NOTICE** that on this 3rd day of May 2017, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic and US Mail means to the person named above at the address shown this 3rd day of May 2017.

 */s/ Dortricia Penn*
 Dortricia Penn
 Assistant Corporation Counsel